IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN KREMSNER,<br>            Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security Administration,<br>            Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 14-4282 |

# O R D E R

**AND NOW**, this 2nd day of October, 2015, Plaintiff's Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated September 11, 2015, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated September 11, 2015, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. **JUDGMENT IS ENTERED IN FAVOR** of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, and **AGAINST** plaintiff, Steven Kremsner.

                                BY THE COURT:

                                /s/ Hon. Jan E. DuBois
                                _____
                                    DuBOIS, JAN E., J.